UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                    Plaintiff,<br><br>       -against-<br><br>CBS INTERACTIVE INC.,<br><br>                    Defendant. | Case No. 18-cv-07345 (JSR)<br><br>ECF Case |

## **DEFENDANT CBS INTERACTIVE INC.'S NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Daniel Auty, dated January 24, 2019, and the exhibits annexed thereto, the Declaration of Eleanor M. Lackman, dated January 25, 2019, and exhibits annexed thereto, and all prior pleadings and proceedings herein, defendant CBS Interactive Inc. ("CBSi"), by its attorneys, Cowan, DeBaets, Abrahams & Sheppard LLP, will move this Court at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 14B, New York, New York, before the Honorable Jed S. Rakoff, on a date and time to be designated by the Court, for an order granting CBSi partial summary judgment against plaintiff Steve Sands, pursuant to Fed. R. Civ. P. 56, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order, dated September 17, 2018, answering papers, if any, must be served by February 8, 2019, and reply papers, if any, must be served by February 15, 2019.

Respectfully submitted,

Dated: January 25, 2019   COWAN, DEBAETS, ABRAHAMS &
       New York, New York   SHEPPARD LLP

By:   /s/ Eleanor M. Lackman
      Eleanor M. Lackman
      Lindsay R. Edelstein
      Sara Gates
      41 Madison Avenue, 38th Floor
      New York, New York 10010
      Tel.: (212) 974-7474
      Fax: (212) 974-8474
      ELackman@cdas.com
      LEdelstein@cdas.com
      SGates@cdas.com

*Attorneys for Defendant CBS Interactive Inc.*