# Exhibit 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     STEVE SANDS,
 4
                                   PLAINTIFF,
 5
 6           -against-           Case No.:
                                 18-cv-07345
 7                                 (JSR)

 8   CBS INTERACTIVE INC.,

 9                                 DEFENDANT.
     ------------------------------------------X
10
11                  DATE: January 10, 2019
12                  TIME: 9:53 A.M.
13
14           VIDEOTAPED DEPOSITION of the
15   Plaintiff, STEVE SANDS, taken by the
16   Defendant, pursuant to a Notice and to the
17   Federal Rules of Civil Procedure, held at
18   the offices of Cowan, DeBaets, Abrahams &
19   Sheppard, LLP, 41 Madison Avenue, New York,
20   New York 10010, before Suzanne Pastor, a
21   Notary Public of the State of New York.
22
23
24
25
```

```
 1

 2   A P P E A R A N C E S:

 3

 4   LIEBOWITZ LAW FIRM, PLLC
       Attorneys for the Plaintiff
 5     11 Sunrise Plaza, Suite 305
       Valley Stream, New York 11580
 6     BY: JAMES FREEMAN, ESQ.
       516.233.1660
 7


 8
     COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP
 9     Attorneys for the Defendant
       41 Madison Avenue
10     New York, New York 10010
       BY: ELEANOR LACKMAN, ESQ.
11     212.974.7474
       elackman@cdas.com
12     AND: LINDSAY R. EDELSTEIN, ESQ.
       ledelstein@cdas.com
13

14

15   ALSO PRESENT:

16
        ROBERT HORGAN, Videographer
17

18            *         *         *

19

20

21

22

23

24

25
```

```
 1                      S. SANDS
 2   did paid you?
 3        A.    I've certainly had situations
 4   where they paid me, yes.  Some people have
 5   done the honorable thing.
 6        Q.    Did you contact my client when
 7   you first learned about the photos at issue
 8   in this case?
 9        A.    Probably not.
10        Q.    Why not?
11        A.    Because there's so many thieves
12   out there, I have to work out a different
13   model when they get caught.
14        Q.    What model is that?
15        A.    Liebowitz, Inc.
16              MS. LACKMAN:  Mr. Freeman, do
17        we need to take a -- do we need to
18        reschedule this deposition or
19        something until you get your act
20        together?  I'm trying to keep this on
21        track and focus, and I'm really
22        interested in what your client has to
23        say.
24        A.    Don't worry about him.  I'm
25   focussed and I'm coherent and it is funny.
```

```
 1                    S. SANDS
 2    my Punisher photos, my Jessica Jones
 3    photos, Naomi Kwiatkowski photos, my Donald
 4    Trump photos.  I have no idea because
 5    that's a lot of photos that I do on a
 6    regular basis.
 7          Q.    Right, but you know -- you said
 8    that you saw a lot of thieves for The
 9    Punisher photos.  Do you remember when you
10    became aware --
11          A.    From two years ago I'm not
12    going to remember who they were.
13          Q.    No, but do you remember around
14    when you saw this, the thieves?
15          A.    I just said about two years
16    ago.  It's usually after the photos were
17    taken.  Remember, I'm not the only one that
18    looks for these things, but I'm a hands-on
19    person and I like to see -- I like to help
20    my own cause.
21          Q.    When you say your own cause,
22    what do you mean by that?
23          A.    This is my cause.
24          Q.    What is your cause?
25          A.    Getting compensation for the
```

```
 1                    S. SANDS
 2    really care about dealing with them.  I'd
 3    rather not even waste my time bothering
 4    with them.
 5         Q.    So the price is basically --
 6    the price you're seeking is basically --
 7         A.    I don't change my prices unless
 8    somebody calls me.  And then we'll talk.
 9    What do you have to offer me.
10         Q.    So the price you're seeking is
11    basically print and you throw in the online
12    use as part of that package?
13         A.    I'm open to anybody who wants
14    to call me and use my pictures or my
15    agents.  But they have to call.  They have
16    to inquire.
17         Q.    So you've never directly
18    licensed a photo for online use only?
19         A.    I'm sure I have in the past.
20    But do I remember it, it's so minor to me.
21    And I have not -- let's be specific.  To
22    The Punisher, no, I do not recall selling
23    any images on my own to the Punisher, of
24    The Punisher.
25         Q.    Funny enough, we've covered
```

```
 1                      S. SANDS
 2      production company, meaning CBS, or in this
 3      case Netflix, why did Steve Sands get the
 4      set for these photos, we can't legally stop
 5      him.  Does that answer that question?
 6           Q.    Not exactly, but --
 7           A.    In other words, they don't take
 8      responsibility for me being there because
 9      they can't and they don't.
10           Q.    But the answer to whether you
11      affirmatively get permission --
12           A.    I just said no.  They cannot
13      give me permission.
14           Q.    Whether they can or can't, do
15      you ever -- sometimes people ask for
16      things, not because they have to but
17      because it's polite.
18           A.    I'm not those people.  I don't
19      ask.  I just show up.
20           Q.    Have you ever --
21           A.    It's a waste of time.
22           Q.    Have you ever said I would like
23      to be the exclusive photographer on this
24      set, can you please ensure that nobody else
25      gets on the set?
```

```
 1                     S. SANDS
 2        A.    You know, I would -- no,
 3   absolutely not.  First of all, I don't have
 4   the authority to do so.  I'm just a
 5   photographer.
 6              Even if somebody was willing to
 7   do that, I wouldn't even ask because I'm a
 8   First Amendment purist, and if something is
 9   shooting in a public area and this is my
10   personal photo shoot, I'd make sure it was
11   contained in a place where they didn't --
12   weren't able to get the photo in the first
13   place.  I don't believe in bullying people
14   to stop them; I don't have the right to do
15   that.
16        Q.    Okay, do you believe that what
17   a director does in placing actors in
18   locations and telling them where to walk
19   and that sort of thing, do you believe that
20   that is creative?
21        A.    Depends.  It's collaborative.
22   Because usually the director says one thing
23   and the actors do what they want to do
24   anyway.
25        Q.    But do you believe there's some
```

```
 1                      S. SANDS
 2    creativity in that process?
 3            A.    There's some.
 4            Q.    Do you believe you have the
 5    right to capture that creativity and
 6    monetize it?
 7            A.    If it's on a public street I
 8    absolutely do have that right.  There's not
 9    one shred of case law that says otherwise.
10    And believe me, I've read all the cases.
11            Q.    Has anyone ever said to you,
12    you know, we would prefer to issue stills
13    from the day and not have -- we invested in
14    this --
15            A.    They used to, but remember, I'm
16    known as not taking any bullshit.  And
17    that's bullshit.  Because that doesn't
18    apply to me because -- and they don't
19    anyway.  They don't.  CBS certainly
20    doesn't.  But it doesn't apply to me.
21            Q.    Do you believe -- do you
22    understand that people who make television
23    shows and movies invest money in filming
24    and creating something for the public to
25    enjoy?
```

```
 1                    S. SANDS
 2        A.    If they don't want me taking
 3   pictures, they should invest more money and
 4   shoot in Steiner Studios because I have a
 5   right to take any photo that I want.  And
 6   you know what?  We're talking about Marvel
 7   now, we're not talking about CBS.  CBS's
 8   rules might be a little different depending
 9   upon who runs PR.  And sometimes it's like
10   we don't want photos to get out, and CBS
11   definitely doesn't, they want to control
12   everything.  They want to control their Red
13   Carpet.  You should see the names of the
14   people they put on the Red Carpet.
15        Q.    Have you ever accessed a closed
16   set before?
17        A.    Every set is a closed set.  But
18   is it a legally closed set?
19        Q.    Well, have you ever accessed a
20   set that was not in a public space?
21        A.    I used to be hired.  I used to
22   be in the union and I used to access those
23   things plenty of times.  But we're talking
24   about Marvel now.  No, Marvel isn't a
25   public space and this particular image was
```

```
 1                      S. SANDS
 2      in a public park.  Parks are public.  I'm
 3      kind of an expert in alienation.
 4           Q.    Why is that?
 5           A.    Because you have to be.
 6      Because people are always -- film people
 7      are always telling you they own everything.
 8      That's an industry term.  Oh, we own this.
 9      Yeah, you walk on Times Square and there
10      will be a film shooting and they'll go oh,
11      you can't walk here, we own this.  It's
12      really an industry term.  It really means
13      can we use this.  Do we have a permit for
14      this.
15                 But a permit only allows them
16      to shoot.  It does not allow them to
17      alienate.  I'm sure you know this as a
18      lawyer.
19           Q.    What do you -- I need to stay
20      on track.  You said you used to be hired to
21      take these shots.
22           A.    I used to be in the union, yes.
23           Q.    Why are you no longer in the
24      union?
25           A.    Because I don't like dealing
```