# Exhibit 3

gettyimages

*SALES AND ROYALTY STATEMENT*

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11214068-971601725 | 03-Oct-16 | Premium Access Time Limited | NBC Universal Digital CNBC | GC Images | 505053682 | 88818614 | 505053682-Celebrity Sightings in New York City - January 14, | NEW JERSEY | 100.00% | Getty | 8.50 | 50.00% | 4.25 |
| 11233962-975584229 | 11-Oct-16 | Premium Access Time Limited | Hearst Digital Studios | GC Images | 505053682 | 88818614 | 505053682-Celebrity Sightings in New York City - January 14, | NEW YORK | 100.00% | Getty | 5.00 | 50.00% | 2.50 |
| 11239047-971873492 | 03-Oct-16 | Premium Access Time Limited | AOL - Photo | GC Images | 512500650 | 89471166 | 512500650-Celebrity Sightings in New York City - February 26 | NEW YORK | 100.00% | Getty | 4.72 | 50.00% | 2.36 |
| 11194447-974074536 | 07-Oct-16 | Premium Access Time Limited | CONDE NAST DIGITAL PA | GC Images | 512500650 | 89471166 | 512500650-Celebrity Sightings in New York City - February 26 | NEW YORK | 100.00% | Getty | 11.46 | 50.00% | 5.73 |
| 11214068-971601750 | 03-Oct-16 | Premium Access Time Limited | NBC Universal Digital CNBC | GC Images | 497192444 | 88138648 | 497192444-Celebrity Sightings In New York City - November 14 | NEW JERSEY | 100.00% | Getty | 8.50 | 50.00% | 4.25 |
| 11173543-972342241 | 04-Oct-16 | Premium Access Time Limited | RealClearLife | GC Images | 508051048 | 89062257 | 508051048-Celebrity Sightings in New York City - February 2, | NEW YORK | 100.00% | Getty | 36.00 | 50.00% | 18.00 |
| 11065409-972398102 | 04-Oct-16 | Premium Access Time Limited | Viacom Media Networks B | GC Images | 610808428 | 92600474 | 610808428-NEW YORK, NY - SEPTEMBER 27: Woody Allen filming W | NEW YORK | 100.00% | Getty | 12.33 | 50.00% | 6.17 |
| 11172362-972589219 | 04-Oct-16 | Premium Access Time Limited | Refinery29 | GC Images | 584550314 | 91695917 | 584550314-Celebrity Sightings in New York City - July 29, 20 | NEW YORK | 100.00% | Getty | 15.00 | 50.00% | 7.50 |
| 11065409-972398124 | 04-Oct-16 | Premium Access Time Limited | Viacom Media Networks B | GC Images | 488941210 | 87138650 | 488941210-NEW YORK, NY - SEPTEMBER 18:Ilana Glazer, Abbi Jac | NEW YORK | 100.00% | Getty | 12.33 | 50.00% | 6.17 |
| 11065585-972140380 | 04-Oct-16 | Premium Access Time Limited | Yahoo Entertainment | GC Images | 612332394 | 92721061 | 612332394-NEW YORK, NY - OCTOBER 03:Ansel Elgort and Suki Wa | CALIFORNIA | 100.00% | Getty | 4.00 | 50.00% | 2.00 |
| 11239077-972212197 | 04-Oct-16 | Premium Access Time Limited | Microsoft Multimedia Publishin | GC Images | 612332406 | 92721081 | 612332406-NEW YORK, NY - OCTOBER 03:Ansel Elgort and Suki Wa | WASHINGTON | 100.00% | Getty | 9.37 | 50.00% | 4.69 |
| 11232984-973457099 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917244 | 92802152 | 612917244-Celebrity Sightings in New York City - October 5, | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456980 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917248 | 92801412 | 612917248-NEW YORK, NY - OCTOBER 05:Jon Bernt | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |

gettyimages

*SALES AND ROYALTY STATEMENT*

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11232984-973456855 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917252 | 92802217 | 612917252-NEW YORK, NY - OCTOBER 05:Jon Bernthal filming Mar | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456755 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917272 | 92801385 | 612917272-NEW YORK, NY - OCTOBER 05:Jon Bernthal, DeborahAnn | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456639 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917284 | 92801386 | 612917284-Celebrity Sightings in New York City - October 5, | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456936 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917288 | 92801415 | 612917288-NEW YORK, NY - OCTOBER 05:Jon Bernthal filming Mar | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456543 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917310 | 92801369 | 612917310-Celebrity Sightings in New York City - October 5, | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456436 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917320 | 92802094 | 612917320-NEW YORK, NY - OCTOBER 05:Jon Bernthal, DeborahAnn | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456394 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917326 | 92802215 | 612917326-NEW YORK, NY - OCTOBER 05:Jon Bernthal filming Mar | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456340 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917342 | 92802119 | 612917342-NEW YORK, NY - OCTOBER 05:Jon Bernthal, DeborahAnn | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456255 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917344 | 92802173 | 612917344-NEW YORK, NY - OCTOBER 05:Jon Bernthal filming Mar | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11232984-973456183 | 06-Oct-16 | Premium Access Time Limited | Evolve Media, LLC | GC Images | 612917358 | 92802154 | 612917358-NEW YORK, NY - OCTOBER 05:Jon Bernthal, DeborahAnn | CALIFORNIA | 100.00% | Getty | 4.88 | 50.00% | 2.44 |
| 11194448-973679246 | 06-Oct-16 | Premium Access Time Limited | CBS Interactive, Inc. | GC Images | 610600446 | 92582229 | 610600446-NEW YORK, NY - SEPTEMBER 26:Naomi Watts films Gyps | NEW YORK | 100.00% | Getty | 8.00 | 50.00% | 4.00 |
| 11173585-973993929 | 07-Oct-16 | Premium Access Time Limited | POPSUGAR INC. | GC Images | 598021154 | 92071249 | 598021154-NEW YORK, NY - AUGUST 30:Jennifer Lopez and Ray Li | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |
| 11173585- | 07-Oct-16 | Premium A | POPSUGAR INC. | GC Images | 599947534 | 92160742 | 599947534-NEW YORK, NY | CALIFORNIA | 100.00% | Getty | 2.43 | 50.00% | 1.22 |