UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS, | |
| Plaintiff, | Case No. 18-cv-07345 (JSR) |
| -against- | ECF Case |
| CBS INTERACTIVE INC., | |
| Defendant. | |

## DEFENDANT CBS INTERACTIVE INC.'S NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Eleanor M. Lackman, dated February 6, 2019, and exhibits annexed thereto, and all prior pleadings and proceedings herein, defendant CBS Interactive Inc. ("CBSi"), by its attorneys, Cowan, DeBaets, Abrahams & Sheppard LLP, will move this Court at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 14B, New York, New York, before the Honorable Jed S. Rakoff, on a date and time to be designated by the Court, for an order granting CBSi leave to amend and to supplement its answer filed on September 18, 2018, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order, dated January 29, 2019, answering papers, if any, must be served by February 13, 2019.

1

Respectfully submitted,

Dated: February 6, 2019          COWAN, DEBAETS, ABRAHAMS &
      New York, New York          SHEPPARD LLP

By:    /s/ Eleanor M. Lackman    
      Eleanor M. Lackman
      Lindsay R. Edelstein
      Sara Gates
      41 Madison Avenue, 38th Floor
      New York, New York 10010
      Tel.: (212) 974-7474
      Fax: (212) 974-8474
      ELackman@cdas.com
      LEdelstein@cdas.com
      SGates@cdas.com

*Attorneys for Defendant CBS Interactive Inc.*