# Exhibit B

https://www.cbsnews.com/pictures/what-to-stream-on-netflix-buzziest-shows/1

Find the Wayback Machine useful? **DONATE**

Saved **15 times** between January 9, 2016 and July 21, 2017.
Summary of cbsnews.com · Site Map of cbsnews.com

1996  1997  1998  1999  2000  2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011  2012  2013  2014  2015  **2016**  2017  2018

| JAN | FEB | MAR | APR |
|---|---|---|---|

**Note**
This calendar view maps the number of times https://www.cbsnews.com/pictures/what-to-stream-on-netflix-buzziest-shows/14/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.
Green indicates redirects (3xx).