# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>Plaintiff,<br><br>- against -<br><br>CBS INTERACTIVE INC.<br><br>Defendant. | Docket No. 1:18-cv-5315<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff Steve Sands ("Sands" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant CBS Interactive Inc. ("CBS" or "Defendant") hereby alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of American actress Krysten Ritter on the set of Netflix TV series Jessica Jones, owned and registered by Sands, a New York based professional photographer. Accordingly, Sands seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

**JURISDICTION AND VENUE**

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is transacting business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5. Sands is a professional photographer in the business of licensing his photographs to online and print media for a fee, having a usual place of business at 568 Grand Street, Apt J903, New York, New York 10002.

6. Upon information and belief, CBS is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 28 East 28th Street, New York, New York 10016. Upon information and belief, CBS is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, CBS has owned and operated a website at the URL: www.CBSNews.com (the “Website”).

**STATEMENT OF FACTS**

**A. Background and Plaintiff’s Ownership of the Photograph**

7. Sands photographed American actress Krysten Ritter on the set of Netflix TV series Jessica Jones (the “Photograph”). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Sands is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given Copyright Registration Number VA 2-009-612.

**B. Defendant’s Infringing Activities**

10. CBS ran an article on the Website entitled *What to stream on Netflix: 25 buzziest shows*. See https://www.cbsnews.com/pictures/what-to-stream-on-netflix-buzziest-shows/14/. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

11. CBS did not license the Photograph from Plaintiff for its article, nor did CBS have Plaintiff's permission or consent to publish the Photograph on its Website.

12. CBS has a history of using Plaintiff's photographs without permission. Plaintiff filed a copyright infringement case against CBS in April 2018. See *Sands v. CBS Interactive Inc.* 18-cv-03793-RA

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST CBS)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. CBS infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. CBS is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by CBS have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover her damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant CBS be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Case 1:18-cv-05315-ALC Document 1 Filed 06/12/18 Page 5 of 5

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
June 12, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Steve Sands*

# EXHIBIT A



# EXHIBIT B

Case 1:18-cv-03513-ALC Document 1-2 Filed 06/12/18 Page 2 of 2

22. "Jessica Jones" - The 35

Secure https://www.cbsnews.com/pictures/what-to-stream-on-netflix-buzziest-shows/14/

CBS NEWS NEWS SHOWS VIDEO CBSN MORE

LYRICA PREGABALIN
Please see Important Safety Information below.
SCROLL FOR IMPORTANT SAFETY INFORMATION AND INDICATIONS
Important Safety Information
LYRICA is not for everyone. LYRICA may cause serious, even life threatening, allergic reactions. Stop taking LYRICA and call your doctor
MEDICATION GUIDE › FULL PRESCRIBING INFORMATION ›

# What to stream on Netflix: 35 buzziest shows

14/36

## 22. "Jessica Jones"

Lest you think "Daredevil" was Netflix's only soiree into the Marvel Cinematic Universe... or their only experiment with a hero in Hell's Kitchen... "Jessica Jones" began streaming in November 2015. And so far, critics and audiences alike seem to be loving Krysten Ritter's former superhero turned private eye.

CREDIT: *Netflix*

*Paid content by Penske Truck Rental*
**Need a Moving Truck?**
Get free unlimited miles on one-way rentals and 10% off online bookings with Penske

RECOMMENDED
Promoted Links by Taboola

Glasses-Wearers Are Going Crazy Over This Website
GlassesUSA.com

New Razor Study Will Make You Think Twice
Dollar Shave Club

Can You Party Like An Aruban?
Aruba Tourism

LATE NIGHT PIT STOP.
OFFERS VARY AT PARTICIPATING LOCATIONS.
FIND A B-DUBS

BOOK AT MARRIOTT FOR OUR BEST RATES.
Our lowest rates only at marriott.com