Exhibit G

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     STEVE SANDS,
 4
                                PLAINTIFF,
 5
 6          -against-           Case No.:
                                18-cv-07345
 7                                (JSR)

 8   CBS INTERACTIVE INC.,

 9                              DEFENDANT.
     ------------------------------------------X
10
11                   DATE: January 10, 2019

12                   TIME: 9:53 A.M.

13

14          VIDEOTAPED DEPOSITION of the

15   Plaintiff, STEVE SANDS, taken by the

16   Defendant, pursuant to a Notice and to the

17   Federal Rules of Civil Procedure, held at

18   the offices of Cowan, DeBaets, Abrahams &

19   Sheppard, LLP, 41 Madison Avenue, New York,

20   New York 10010, before Suzanne Pastor, a

21   Notary Public of the State of New York.

22

23

24

25
```

DIAMOND REPORTING   (877) 624-3287   info@diamondreporting.com

```
 1

 2    A P P E A R A N C E S:

 3

 4    LIEBOWITZ LAW FIRM, PLLC
        Attorneys for the Plaintiff
 5      11 Sunrise Plaza, Suite 305
        Valley Stream, New York 11580
 6      BY: JAMES FREEMAN, ESQ.
        516.233.1660
 7

 8
      COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP
 9      Attorneys for the Defendant
        41 Madison Avenue
10      New York, New York 10010
        BY: ELEANOR LACKMAN, ESQ.
11      212.974.7474
        elackman@cdas.com
12      AND: LINDSAY R. EDELSTEIN, ESQ.
        ledelstein@cdas.com
13

14

15    ALSO PRESENT:

16
        ROBERT HORGAN, Videographer
17

18              *         *         *

19

20

21

22

23

24

25
```

```
 1                    S. SANDS
 2     my Punisher photos, my Jessica Jones
 3     photos, Naomi Kwiatkowski photos, my Donald
 4     Trump photos.  I have no idea because
 5     that's a lot of photos that I do on a
 6     regular basis.
 7          Q.   Right, but you know -- you said
 8     that you saw a lot of thieves for The
 9     Punisher photos.  Do you remember when you
10     became aware --
11          A.   From two years ago I'm not
12     going to remember who they were.
13          Q.   No, but do you remember around
14     when you saw this, the thieves?
15          A.   I just said about two years
16     ago.  It's usually after the photos were
17     taken.  Remember, I'm not the only one that
18     looks for these things, but I'm a hands-on
19     person and I like to see -- I like to help
20     my own cause.
21          Q.   When you say your own cause,
22     what do you mean by that?
23          A.   This is my cause.
24          Q.   What is your cause?
25          A.   Getting compensation for the
```