# EXHIBIT B



---------- Forwarded message ----------
From: Richard Liebowitz <RL@liebowitzlawfirm.com>
To: "Nieh, Andrew" <andrew.nieh@cbs.com>
Cc:
Bcc:
Date: Tue, 31 Jan 2017 03:44:58 +0000
Subject: Re: Steve Sands v. CBS Interactive
Hi Andrew,

We voluntarily dismissed without prejudice. Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC

t.516-233-1660


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, Jan 30, 2017 at 1:35 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
> Thank you, Andrew. My client is reviewing, I will let you know by Tuesday.
>
> Best,
> Richard
>
>
> On Friday, January 27, 2017, Nieh, Andrew <andrew.nieh@cbs.com> wrote:
>
>> Hi Richard – As discussed, please see a screenshot showing that CBS Interactive licensed your client's image from Getty Images. Please let me know when you have confirmed with your client that he's agreed to dismiss the lawsuit. Thanks.
>>
>> -Andrew

CBSI000011





**From:** Nieh, Andrew
**Sent:** Friday, January 27, 2017 4:23 PM
**To:** 'Richard Liebowitz'
**Subject:** Steve Sands v. CBS Interactive

Hi Richard,

I just tried giving you a call about the above lawsuit you recently filed. We licensed the Jessica Jones photo from Getty Images, and this lawsuit should be dismissed. Please give me a call back so we can discuss further.

Thanks.

-Andrew

Andrew Nieh
Assistant General Counsel, Litigation and Compliance
CBS Corporation
51 W. 52nd Street

New York, New York 10019
Tel: (212) 975-4239
Fax: (212) 975-3930
Email: andrew.nieh@cbs.com

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*