# EXHIBIT D



**Fri 1/18/2019 8:02 PM**

**James H. Freeman <JF@liebowitzlawfirm.com>**

Sands v. CBS: Additional Document Production [SANDS_939-985]

To   Eleanor M. Lackman; Lindsay R. Edelstein
Cc   Richard Liebowitz

ⓘ You forwarded this message on 2/8/2019 7:56 PM.



Sands [SANDS_939-985].pdf
25 MB

Hi Eleanor:

Please see attached documents bearing bate-stamp nos. SANDS_939-985.

Best,

James H. Freeman, Esq.
Liebowitz Law Firm, PLLC
(516) 233-1660