# EXHIBIT F








Marvel's The Punisher Set

NEW YORK, NY - OCTOBER 05: Jon Bernthal and Deborah Ann Woll film Marvel's "The Punisher" on October 5, 2016 in New York City. (Photo by JSteve Sands/GC Images)



**The Punisher Set**

NEW YORK, NY - APRIL 12: Jon Bernthal filming Marvel's "The Punisher" on April 12, 2017 in New York City. (Photo by Steve Sands/GC Images)