# EXHIBIT G












Case 1:18-cv-07345-JSR    Document 38-6    Filed 02/09/19    Page 4 of 5



Harriet (2019)





Avengers: Endgame