# EXHIBIT H

| Current ComingSoon.net Screenshot | GameSpot Article in 2016 |
|---|---|
| | |