# EXHIBIT J



# Hrm.

Wayback Machine doesn't have that page archived.
Want to search for all archived pages under
https://www.comingsoon.net/tv/news/773867-a-daredevil-series-character-appears-on-the-punisher-set?slideshow=129885?

### This page is available on the web!

Help make the Wayback Machine more complete!
**Save this url in the Wayback Machine**

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.