# EXHIBIT K

https://www.gamespot.com/images/1300-3139831

mondodan uploaded on Fri, Oct 07 2016.

Add a comment...

Post comment

TCL





Shop Now>




View all images




*mondodan uploaded on Fri, Oct 07 2016.*

Add a comment...

Post comment



https://www.gamespot.com/images/1300-3139833

PS4
GREATNESS AWAITS
MARVEL
SPIDER-MAN

PRE-ORDER NOW

View all images

PS4
GREATNESS AWAITS
MARVEL
SPIDER-MAN
PRE-ORDER NOW

*mondodan uploaded on Fri, Oct 07 2016.*

Add a comment...

Post comment

CBSI000003


https://www.gamespot.com/images/1300-3139834

Laptops that last all day.

chromebook

Get Info

View all images

mondodan uploaded on Fri, Oct 07 2016.

Add a comment...

Post comment





https://www.gamespot.com/images/1300-3139835

*mondodan uploaded on Fri, Oct 07 2016.*

Add a comment...

Post comment

# New Punisher Images Reveal Return of Key Daredevil Character

Woll I never!

Last updated by Dan Auty on October 7, 2016 at 3:00AM

Comments

It was reported earlier this week that Marvel's Punisher show had start shooting in New York. Following the first on-set images of star Jon Bernthal, more pictures of the production have emerged, in addition to some casting news. The latest images show Bernthal with actress Deborah Ann Woll, who plays Karen Page in *Daredevil* and will reprise her role in *The Punisher*. Check them out below, via Comingsoon.net:

In terms of the new cast, Marvel and Netflix yesterday announced that Ben Barnes, Ebon Moss-Bachrach, and Amber Rose Revah had joined the series. Barnes will play Billy Russo, a friend of Frank Castle's from his Special Forces days, while Moss-Bachrach will portray former NSA analyst Micro. Revah joins as Dinah Madani, a highly-trained Homeland Security agent.

The studio also confirmed that *The Punisher* will hit Netflix in 2017. The streaming service already has *Iron Fist* scheduled for next March, and it was originally thought that superhero team-up show *The Defenders*--which will feature Daredevil, Jessica Jones, Luke Cage, and Iron Fist--would follow later in the year.

However, with that show yet to start production, *The Punisher* will most likely take the now established Fall slot for a Marvel series in 2017, with *The Defenders* following in 2018.

*Promoted*

**Rainbow Six Siege Training**

Marquise Goodwin and Pierre Garçon learn to play Rainbow Six Siege from GameSpot, TheRussianBadger, Cartoonz, MacieJay and TuxBird.

In addition, a second season for *Jessica Jones* and a third for *Daredevil* are in the works. *Jessica Jones* showrunner Melissa Rosenberg recently explained that although she is not directly involved with *The Defenders*, the fact that it will be screened before *Jessica Jones* Season 2 was influencing what she writes for her show.

"I need to know what they're doing in order to plan for Season 2 of *Jessica*, and they need to know what we're planning on in turn," she said. "Marvel is very smart and they enjoy collaboration, so there's never one maniac trying to take ownership."

*Got a news tip or want to contact us directly? Email* **news@gamespot.com**

Sponsored Links by Taboola

Parents Who Got the Last Laugh
FamilyMinded

This Farm Game is what everybody is talking about in America
Big Farm | Play Free Now

Golfers Are Replacing Their Lob Wedge with This All-New Club
Square Strike Wedge Golf

Cardiologist: "This Is What Happens When You Eat A Steak"
Gundry MD

# Rainbow Six Siege's Next Operator, Clash, Looks Like A Defensive Version Of Montagne

The Defenders finally have a shield.

Last updated by Jordan Ramée on August 17, 2018 at 1:52PM

3 Comments