ComingSoon.net - New Movies, Movie Trailers, TV, Digital, Blu-ray & Video Game News!

Case 1:18-cv-07345-JSR   Document 62   Filed 01/05/22   Page 1 of 6



Cited in Sands v CBS Interactive Inc
18cv7345 Decided 3/13/19
Archived on 3/25/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

ComingSoon.net - New Movies, Movie Trailers, TV, Digital, Blu-ray & Video Game News!

Case 1:18-cv-07345-JSR   Document 62   Filed 01/05/22   Page 2 of 6



Cited in Sands, CBS Interactive Inc
18-cv-7345 Decided on 3/13/19
Archived on 3/25/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

ComingSoon.net - New Movies, Movie Trailers, TV, Digital, Blu-ray & Video Game News!

Case 1:18-cv-07345-JSR   Document 62   Filed 01/05/22   Page 3 of 6



TUESDAY: **MAR. 26,** 2019

1. If Beale Street Could Talk (UNIFIED)

2. Second Act (UNIFIED)

3. Pet Sematary (4K UHD) (Blu-ray Disc)

4. Aquaman (UNIFIED)

5. Japón (Criterion Collection) (UNIFIED)

**TOP PREVIEWS**

**The Suicide Squad**
August 6, 2021

**The Batman**
June 25, 2021

**Aladdin**
May 24, 2019

**Avengers: Endgame**
April 26, 2019

**Hellboy**
April 12, 2019

**Guardians of the Galaxy Vol. 3**

KATE WILLIAMS ON MARCH 24, 2019

**10 Best Brendan Gleeson Movies**

COMIC BOOK & HORROR MOVIE NEWS

UPDATES

Hellboy - ComingSoon's set visit report published

Cited in Sands v CBS Interactive Inc
18cv7345 Decided 3/13/19

Archived on 3/25/19

This document is protected by copyright.
Further reproduction is prohibited without permission.

ComingSoon.net - New Movies, Movie Trailers, TV, Digital, Blu-ray & Video Game News!

Case 1:18-cv-07345-JSR   Document 62   Filed 01/05/22   Page 4 of 6



BY SPENCER PERRY ON MARCH 23, 2019

**Go Exploring with the Dora and the Lost City of Gold Trailer!**

LAUNCH GALLERY     READ

Detective Pikachu - Ryan Reynolds shares new TV spot

Dumbo - A legend comes to life in new sneak peek

Ma - International trailer for Octavia Spencer's horror-thriller released

BY ALAN CERNY ON MARCH 23, 2019

**Shazam! Review**

LAUNCH GALLERY     READ

Shazam! - Dr. Sivana wants the titular hero's powers in new clip

Pet Sematary - Free screening coming to Brooklyn Horror Film Festival

Dora and the Lost City of Gold - New poster for the live-action adaptation of the Nickelodeon series

BY GRANT HERMANNS ON MARCH 23, 2019

**To All the Boys I've Loved Before Sequel Lands New Director**

Bad Boys For Life - New set photos show off a motorcycle chase

John Wick: Chapter 3 - Parabellum - Let us begin with the new trailer for the action-packed threequel

Godzilla: King of the Monsters - ComingSoon's set visit report published

BY GRANT HERMANNS ON MARCH 23, 2019

**Animated Scooby-Doo Film Finds Its Fred and Daphne**

BY SPENCER PERRY ON MARCH 23, 2019

**From the Set: Harbour & Marshall Open Up About The Gnarly Hellboy Reboot**

LAUNCH GALLERY     READ

BY SPENCER PERRY ON MARCH 23, 2019

**How the New Hellboy Faithfully Adapts, Remixes, and Changes the Comics**

LAUNCH GALLERY     READ

BY SPENCER PERRY ON MARCH 23, 2019

**How I Taught David Harbour Something About Hellboy**

LAUNCH GALLERY     READ

Cited in Sands vBS Interactive Inc 16cv7345 Decided 3/13/19

Archived on 3/25/19

This document is protected by copyright. Further reproduction is prohibited without permission.

ComingSoon.net - New Movies, Movie Trailers, TV, Digital, Blu-ray & Video Game News!

Case 1:18-cv-07345-JSR   Document 62   Filed 01/05/22   Page 5 of 6



BY [TAYLOR SANDERS](#) ON MARCH 23, 2019

**Television Series Based on Death is My BFF Novels in the Works at SYFY**



BY [TAYLOR SANDERS](#) ON MARCH 23, 2019

**HBO Greenlights New Perry Mason Series With Tim Van Patten Directing**



BY [NATE WILLIAMS](#) ON MARCH 22, 2019

**5 Best Kyle MacLachlan Roles**



BY [SPENCER PEREZ](#) ON MARCH 22, 2019

**Supernatural Will End After Season 15**



BY [GRANT HERMANNS](#) ON MARCH 22, 2019

**Idris Elba In Talks For Mouse Guard Movie**



BY [GRANT HERMANNS](#) ON MARCH 22, 2019

**Terminator: Dark Fate Taps Junkie XL For Score**



BY [GRANT HERMANNS](#) ON MARCH 22, 2019

**Thor's Chris Hemsworth Welcomes Deadpool's Ryan Reynolds To Disney**

LAUNCH GALLERY     READ

Cited in Sand v CBS Interactive Inc
18cv7345 Decided 3/13/19

Archived on 3/25/19

This document is protected by copyright.
Further reproduction is prohibited without permission.



COMINGSOON.NET IS A PROPERTY OF MANDATORY, AN EVOLVE MEDIA, LLC COMPANY. ©2019 ALL RIGHTS RESERVED COPYRIGHT

Cited in Sands v CBS Interactive Inc.
18cv7345 Decided 3/13/19
Archived on 3/25/19
This document is protected by copyright.
Further reproduction is prohibited without permission.